# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| **TE'SHEKA DAVIS #1678045** | § | |
| | § | |
| **V.** | § | **W-21-CA-046-ADA** |
| | § | |
| **BOBBY LUMPKIN** | § | |

## FINAL JUDGMENT

Before the Court is the above styled and numbered cause. On this date, the Court denied Te'Sheka Davis's Application for Habeas Corpus Relief and determined that a certificate of appealability shall not be issued. Accordingly, as all issues in this cause have been resolved, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Petitioner Te'Sheka Davis's Application for Habeas Corpus Relief is hereby **DENIED**.

It is finally **ORDERED** that the above styled and numbered cause is hereby **CLOSED**.

**SIGNED** on April 30, 2021

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE